UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLADYS R. BLACKBURN,

      Plaintiff,                        Case No. 17-cv-11179
                                             Hon. Matthew F. Leitman

vs.

WAL-MART STORES EAST, LP
and/or WAL-MART STORES, INC.,

      Defendant.
_____/

## ORDER REGARDING REMOVAL

      This matter was removed to this Court on April 14, 2017. <u>See</u> Notice of
Removal (Dkt. 1). Within five (5) days of today's date, the parties shall file with
this Court — as separate docket entries — all answers, amended pleadings,
responsive pleadings, pending motions, and responses/replies to those motions that
were originally filed in state court. The Court generally will not consider any
unresolved motions pending in state court at the time of removal, unless they have
been re-filed on this Court's docket and using this Court's case caption. The same
is true for any responses or replies that had been filed in state court in connection
with motions not yet resolved at the time of removal. Each party is responsible for
the docketing of its own documents with this Court.

To the extent briefing has not been completed on a pending motion at the time of removal, the briefing schedule set forth in Local Rule 7.1(e) applies upon docketing with this Court, unless the Court orders otherwise.

SO ORDERED.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  August 9, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 9, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764