UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN BLACKBURN, as Personal
Representative of the Estate of GLADYS
R. BLACKBURN, deceased,

    Plaintiff,

v.

WAL-MART STORES EAST, LP and/or
WAL-MART STORES, INC.,

    Defendant.

_____/

Case No. 17-cv-11179
Hon. Matthew F. Leitman

## ORDER GRANTING DEFENDANT'S MOTION
## TO RE-OPEN DISCOVERY (ECF #23)

In this action, Plaintiff Steven Blackburn ("Plaintiff"), as personal representative of the estate of Gladys R. Blackburn, asserts claims against Defendant Wal-Mart Stores East, LP and/or Wal-Mart Stores, Inc. ("Defendant") following Gladys Blackburn's alleged fall at a Walmart Supercenter. (*See* Am. Compl., ECF #11.) On June 12, 2018, Defendant filed a motion to re-open discovery in this matter for a period of 60 days. (*See* ECF #23.) On June 26, 2018, Plaintiff filed a response to Defendant's motion in which he concurred with Defendant's request to re-open discovery. (*See* ECF #24.)

1

Accordingly, **IT IS HEREBY ORDERED** that Defendant's motion to re-open discovery is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall complete discovery by October 1, 2018.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: July 31, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 31, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764